KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00784 MHP |
|     Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
|     v. ) | |
| JOHN FRANKLIN, ) | (18 U.S.C. § 3161 (h)(8)(A)) |
|     Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties initially appeared on the instant matter November 21, 2005 for defendant's initial appearance, and thereafter appeared on December 12, 2005 for defendant's arraignment on the indictment before the Honorable Elizabeth D. Laporte.

    2. On December 12, 2005, the matter was continued until December 19, 2005 for initial appearance before the Honorable Marilyn Hall Patel.

    3. On December 19, 2005, the matter was continued until January 23, 2006 for status. Assistant Public Defender Geoffrey A. Hansen, who represents the defendant, requested an exclusion of time from December 19, 2005 to January 23, 2006, based on effective preparation

STIPULATION AND PROPOSED ORDER    1
CR 05-00784 MHP

1  and continuity of counsel.  The parties moved that this same time period be excluded from the
2  calculation of time under the Speedy Trial Act.
3       4. In light of the foregoing facts, the failure to grant the requested exclusion would
4  unreasonably deny counsel for the defense the reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(A),
6  (B)(iv).  The ends of justice would be served by the Court excluding the proposed time period.
7  These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §
8  3161(h)(8)(A).
9       5. For the reasons stated, the time period from December 19, 2005 through January 23,
10 2006 shall be excluded from the calculation of time under the Speedy Trial Act.
11      IT IS SO STIPULATED.

14 DATED: _____           Respectfully Submitted,

16                                                                    /S/
17                          NAHLA RAJAN
                            Special Assistant United States Attorney

19
20 DATED: _____                                           /S/
                            GEOFFREY A. HANSEN
                            Counsel for John Franklin

22
23 PURSUANT TO STIPULATION, IT IS SO ORDERED.

25 DATED: _ Dec. 21, 2005        ___
                            HONORABLE MARILYN HALL PATEL
                            United States District Judge

STIPULATION AND PROPOSED ORDER            2
CR 05-00784 MHP

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161 (h)(8)(A)

to be served this date on the party(ies) in this action,

**Via Hand Delivery**

**GEOFFREY A. HANSEN**
**Assistant Federal Public Defender**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 20, 2005

/S/
Ponly J. Tu
Legal Assistant (Immigration)
U.S. Attorney's Office

STIPULATION AND PROPOSED ORDER                3
CR 05-00784 MHP