FILED
MAY 1 8 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 05-00784-1 MHP |
| ) | |
| John Franklin ) | |
| ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____May 22, 2006_____ be continued until _____July 31, 2006_____ at _____9:00 a.m._____ .

Date: May 18, 2006

Marilyn Hall Patel
United States District Judge

NDC-PSR-009 12/06/04